Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff*
Nathan Thew

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN THEW<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A,<br><br>Defendant. | **CASE NO: 5:17-cv-01692—R(JPRx)**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 8, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: March 8, 2018  **Hyde & Swigart**

By: Yana A. Hart, Esq.
Yana A. Hart, Esq.
*Attorneys for Plaintiff*

*Thew v. Chase Bank*
*Case No.: 5:17-cv-01692—R(JPRx)*
*United States District Court, Central District of California*

## CERTIFICATE OF SERVICE

I, Yana A. Hart, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program, the following document(s):

- **Notice of Settlement**

    [X]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on Thursday, March 8, 2018, at San Diego, California.

    s/Yana A. Hart
    Yana A. Hart