JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN THEW,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>Defendant. | Case No.: 5:17-cv-01692-R-JPR<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Stipulation to Reopen and Dismiss Action With Prejudice, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 10, 2018

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE